IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STACEY A. MITCHELL**                                                                                         **PLAINTIFF**
**ADC #099792**

v.                              Case No: 4:24-cv-01088-LPR

**MARY REYNOLDS, et al.**                                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 52) and the Plaintiff's Objections (Doc. 55).[1] After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 42) is GRANTED. Plaintiff's deliberate indifference claims are hereby DISMISSED without prejudice based on his failure to fully exhaust his administrative remedies. The Court declines to exercise jurisdiction over Plaintiff's pendent state law claims. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] It is not clear if Plaintiff intended Doc. 57 to form a part of his Objections, but the Court has also considered that document (out of an abundance of caution).